UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA WERNER, <br><br> Plaintiff, <br><br> v. <br><br> ADVANCE NEWHOUSE PARTNERSHIP, LLC, a New York limited liability company d/b/a BRIGHTHOUSE NETWORKS; and BRIGHTHOUSE NETWORKS, <br><br> Defendants. | Case No.: 1:13-cv-01259 - LJO – JLT <br><br> ORDER DISCHARGING THE ORDER TO SHOW CAUSE |

On September 24, 2013, the Court issued an Order to Show Cause to Plaintiff for her failure to file an amended complaint, which was due no later than September 18, 2013. (Doc. 5). However, the same date the Clerk of Court indicated Plaintiff filed her First Amended Complaint on September 23, 2013. Accordingly, the Order to Show Cause dated September 24, 2013 is **DISCHARGED**, and no further response is necessary to the Court's order.

IT IS SO ORDERED.

Dated:   **September 26, 2013**            /s/ Jennifer L. Thurston
                                                                   UNITED STATES MAGISTRATE JUDGE

1