UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA WERNER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ADVANCE NEWHOUSE PARTNERSHIP, LLC, a New York limited liability company d/b/a BRIGHTHOUSE NETWORKS; and BRIGHTHOUSE NETWORKS,<br><br>　　　　　Defendants. | Case No.: 1:13-cv-01259 - LJO – JLT<br><br>ORDER DENYING AS MOOT PLAINTIFF'S REQUEST FOR RECONSIDERATION |

　　　　On September 24, 2013, the Court issued an Order to Show Cause to Plaintiff Patricia Werner ("Plaintiff") for her failure to file an amended complaint, which was due no later than September 18, 2013. (Doc. 5).  However, the same date the Clerk of Court indicated Plaintiff filed her First Amended Complaint on September 23, 2013.  Therefore, the Court discharged the order to show cause, and informed Plaintiff that no response to the Court's order to show cause was necessary.  (Doc. 6).

　　　　On October 8, 2013, Plaintiff filed a request for reconsideration of the Court's order to show cause. (Doc. 8). Specifically, she "requests that the Court allow this matter to continue and consider her First Amended Complaint timely filed." *Id.* at 2 (emphasis omitted).  Because the Court discharged the order to show cause, the issue is moot.  Moreover, the Court has since treated Plaintiff's First Amended Complaint as timely, and reviewed it for cognizable claims on October 7, 2013.  (Doc. 7)

1 The Court determined Plaintiff stated a cognizable claim for a violation of the Equal Pay Act, and has informed Plaintiff the action may proceed in this claim in her First Amended Complaint, or she may elect to file a Second Amended Complaint. *Id.* Consequently, Plaintiff has received the relief requested, and the motion for reconsideration is **DENIED AS MOOT**.

IT IS SO ORDERED.

Dated: **October 9, 2013**         **/s/ Jennifer L. Thurston**
                                    UNITED STATES MAGISTRATE JUDGE