UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA WERNER,<br><br>        Plaintiff,<br><br>    v.<br><br>ADVANCE NEWHOUSE PARTNERSHIP, LLC, et al.,<br><br>        Defendants. | Case No.: 1:13-cv-01259 - LJO - JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br><br>(Doc. 19) |

On March 24, 20141, Plaintiff notified the Court she had reached a settlement with Defendants. (Doc. 19). Plaintiff indicated the parties were finalizing the details of their settlement. Pursuant to Local Rule 160, **IT IS HEREBY ORDERED**:

1. The parties **SHALL** file a stipulated request for dismissal no later than **April 25, 2014**;
2. All pending dates, motions, conferences and hearings are **VACATED**.

**Failure to comply with this order may be grounds for the imposition of sanctions on counsel or the parties who contributed to violation of this order.  See Local Rules 110, 160.**

IT IS SO ORDERED.

Dated:   **March 27, 2014**              /s/ Jennifer L. Thurston
                                                    UNITED STATES MAGISTRATE JUDGE

1