UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA H. WERNER, | Case No.: 1:13-CV-01259-LJO-JLT |
| Plaintiff, | United States District Judge Lawrence J. O'Neill |
| vs. | |
| ADVANCE NEWHOUSE PARTNERSHIP, LLC ET AL. | **ORDER DISMISSING THE ACTION** |
| Defendants. | Third Amended Complaint Filed: 12/17/2013 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

In light of the Stipulation for Dismissal signed by all parties, the Court hereby orders that the above-captioned action be dismissed in its entirety with prejudice.

IT IS SO ORDERED.

Dated:   **April 28, 2014**          /s/ Lawrence J. O'Neill
                               UNITED STATES DISTRICT JUDGE